# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1342
Lower Tribunal No. 19-502-C-K

_____

**Darius Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Darius Williams, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Buelow v. State, 994 So. 2d 1214, 1215 (Fla. 5th DCA 2008) ("A prisoner is entitled to credit for all jail time from the date he is *served* with an arrest warrant until sentencing.") (emphasis added) (citation omitted).